■ CHERYL CROOK et al., Respondents, v E. I. DU PONT DE NEMOURS COMPANY et al., Defendants, and NATIONAL CHEM- SEARCH, a Division of N.C.H. CORP., et al., Appellants. (Appeal No. 1.)—Appeal unanimously dismissed without costs. Memorandum: Appellants are not aggrieved parties *(see,* CPLR 5511). (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.—Dismiss Causes of Action.) Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.